IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTONIO DAVIS**                                                **PLAINTIFF**

v.                      Case No. 4:14-cv-00297-KGB

**HALLIBURTON ENERGY SERVICES, INC.**                **DEFENDANT**

## ORDER

This Court previously stayed this matter pending referral to binding arbitration pursuant to an agreement between the parties (Dkt. No. 4). The parties report that the matter has been concluded through arbitration and request that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Accordingly, the Court dismisses with prejudice this matter with each party to bear its own costs and attorneys' fees.

It is so ordered this 28th day of December, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge